# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Jerry W. Tomlinson, Jr.,

    **Plaintiff,**

    v.

Adam Butschek, *et al.*,
*Homeland Security Offices of Investigations, Deputy Director*,

    **Defendants.**

Case No. 2:24-cv-4158

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The Magistrate Judge performed an initial screen of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended the Court dismiss the same for failure to state a claim. R&R, ECF No. 5. The Report and Recommendation notified Plaintiff of his right to object to that recommendation and warned Plaintiff that a failure to timely object would forfeit both the right to de novo review by the Undersigned and the right to appeal the adoption of the Report and Recommendation. *Id.* at 5–6.

The deadline for objecting has passed, and Plaintiff did not object. Accordingly, the Court **ADOPTS** the Report and Recommendation without conducting a de novo review and **DISMISSES** the Complaint without prejudice.

**IT IS SO ORDERED.**

                                                                       MICHAEL H. WATSON, JUDGE
                                                                       UNITED STATES DISTRICT COURT